IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| ANTHONY HOBBS<br>626 Denison Street<br>Baltimore, MD 21201<br><br>*Plaintiff,*<br><br>v.<br><br>UNITED STATES POSTAL SERVICE<br>Federal Tort Claims<br>900 Brentwood, NE<br>Washington, DC 20066-7300<br><br>*Defendant.* | Case No.: |

## COMPLAINT AND REQUEST FOR JURY TRIAL

Benjamin Stirling, Esq. and Kevin Volz, Esq., the Law Firm of Hassan, Hassan and Tuchman, 1111 Park Avenue, Suite L-150, Baltimore, MD 21202, 410-296-5070, Attorneys for the Plaintiff.

    The Plaintiff, Anthony Hobbs, by and through his attorneys, Benjamin Stirling, Esq. and Kevin Volz, Esq., and complaining of the Defendant, the United States Postal Service, states as follows:

### INTRODUCTION

1. This action arises from a slip and fall incident that occurred on May 13, 2023. When the Plaintiff, Anthony Hobbs, was unloading mail at the United Stated Post Office located at 900 East Fayette Street, Baltimore, MD 21201. While unloading the mail, a dock plate fell and crushed the Plaintiff's left foot.

2. As a result of his fall, Plaintiff experienced severe pain to his left foot due to the force of the

1

impact. Also because of his injury, the Plaintiff suffered fractures of the first, second and third cuneiforms. As a direct and proximate result of the incident, Plaintiff underwent extensive physical therapy and has incurred substantial medical bills.

## JURISDICTION AND VENUE

3. This court has jurisdiction over the claims pursuant to 28 U.S.C.A. § 1331 and the Federal Tort Claims Act, 28 U.S.C.A. § 1346. The jurisdiction of this court is invoked to adjudicate a civil action arising under the Constitution, laws, or treaties of the United States.

4. Venue is proper in this judicial district pursuant to 28 U.S.C.A. § 1391. Defendant, United States Postal Service, is an independent agency of the United States Federal Government responsible for providing postal services in the District of Maryland and the injuries of which Plaintiff complains occurred in the District of Maryland.

## THE PARTIES

5. Plaintiff, Anthony Hobbs, is a 39-year old adult male individual and a citizen of the United States of America who lives in Baltimore City, Maryland.

6. Defendant, United States Postal Service, is an independent agency of the United States Federal Government responsible for providing postal service in the United States.

## BACKGROUND FACTS

7. That on or May 13, 2023, at approximately 2:00pm, Defendant, United States Postal Service, possessed, operated, managed, maintained and controlled or had a duty to possess, operate, manage, maintain and control, both directly and indirectly, individually and through its agents,

servants and employees, a certain post office facility located at 900 East Fayette Street, Baltimore, Maryland, 21201.

8. That at the same time and place, Plaintiff, Anthony Hobbs, was lawfully on the premises of Defendant, United States Postal Service, located at 900 East Fayette Street, Baltimore, Maryland, 21201, and was unloading a mail truck.

9. That at the same time and place, Defendant, well knowing its duty in this regard, carelessly and negligently caused and permitted the premises to become and remain in a dangerous condition for persons using the premises including the plaintiff by failing to maintain a safe dock plate in the loading dock area.

10. That Defendant knew, or should have known in the exercise of ordinary and reasonable care, that a dangerous condition existed for persons using the premises in the form of a defective dock plate in the loading dock areas of the Post Office.

11. That at the same time and place, Plaintiff, Anthony Hobbs, was caused to have his left foot crushed due to the defective dock plate in the loading area.

12. That as a result of his fall, Plaintiff, Anthony Hobbs, suffered severe injuries to his left foot.

13. That at all times relevant to this Complaint, Plaintiff, Anthony Hobbs, exercised reasonable care for his own safety while on the premises of Defendant, United States Postal Service, located at 900 East Fayette Street, Baltimore, Maryland, 21201.

14. That Defendant, United States Postal Service, was then and there guilty of one or more of the following careless and negligent acts and/or omissions:

a. Improperly operated, managed, maintained and controlled the Defendant premises, so that as a direct and proximate result of Defendant's conduct, the Plaintiff was injured;

b. Improperly and incompletely operated, managed, maintained the dock plate located at Defendant's premises creating a danger to those persons unloading mail;

c. Allowed and permitted a loading plate to become defective to those persons unloading mail in the loading dock;

d. Failed to properly and adequately maintain the dock plates in the area of the loading dock;

e. Failed to make a reasonable and/or timely inspection of the premises and the loading dock when the Defendant knew, or should have known, that the inspection was necessary to prevent injury to the Plaintiff;

f. Failed to adequately maintain the dock plates constituting a dangerous condition when the Defendant knew or in the exercise of ordinary care should have known, that doing so was necessary to prevent injury to the Plaintiff;

g. Failed to warn the Plaintiff about a dangerous condition, when the Defendant knew, or in the exercise of ordinary care should have known, that a warning was necessary to prevent injury to the Plaintiff;

h. Allowed and defective dock plates to remain in the area of the loading dock where they were not easily visible to a person working in the area; and

i. Improperly maintained dock plates in the area of the loading dock that were not easily visible to a person approaching the area, creating an unseen dangerous condition.

15. That one or more of the acts and/or omissions of Defendant, United States Postal Service, was a proximate cause of Plaintiff, Anthony Hobbs, being injured on the Defendant's premises.

16. That as a direct and proximate result of one or more of the careless and negligent acts and/or omissions of Defendant, United States Postal Service, as set forth in this Complaint, Plaintiff, Anthony Hobbs, then and there sustained severe and permanent injuries, both externally and internally, and was and will be hindered and prevented from attending to his usual duties and affairs. Plaintiff also suffered great pain and anguish, both in mind and body, and will in the future continue to suffer. Plaintiff further expended and became liable for, and will expend and become liable for, large sums of money for medical care and services endeavoring to become healed and cured of his injuries.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff, Anthony Hobbs, demands judgment against Defendant, United States Postal Service, in a dollar amount to satisfy the jurisdictional limitation of this court and such additional amounts as the jury and the court may deem proper, and additionally, costs of suit.

## JURY DEMAND

Plaintiff Anthony Hobbs demands a trial by jury under Fed. R. Civ. P. 38(b).

Respectfully submitted,

_____
Benjamin D. Stirling, Esq. (20436)

Hassan, Hassan & Tuchman, P.A.
1111 Park Avenue, Suite L-150
Baltimore, MD 21201
Ph:     410-669-5070
Fax:    410-669-5705
bstirling@hhtlawyers.com
*Attorney for Plaintiff*

_____
Kevin D. Volz, Esq. (31719)
Hassan, Hassan & Tuchman, P.A.
1111 Park Avenue, Suite L-150
Baltimore, Maryland 21201
Ph. 410-669-5070
Fx: 410-669-5705
KVolz@hhtlawyers.com
*Attorney for Plaintiff*